**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Gerald Lee LITTLEHEAD,**
**Defendant—Appellant.**

No. 08–30103.

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted Feb. 3, 2009.

Filed Feb. 26, 2009.

Leif Johnson, Assistant U.S., USBI–Office of The U.S. Attorney, Billings, MT, for Plaintiff–Appellee.

David F. Ness, Assistant Federal Public Defender, FDMT–Federal Defenders of Montana, Great Falls, MT, for Defendant–Appellant.

Before: PAEZ and RAWLINSON, Circuit Judges, and JENKINS *, District Judge.

## MEMORANDUM **

Gerald Lee Littlehead (Littlehead) appeals his 120–month sentence.

Considering the totality of the circumstances, the sentence imposed on Littlehead was reasonable. *See United States v.*

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

*Carty*, 520 F.3d 984, 993 (9th Cir.2008) (en banc) ("Appellate review is to determine whether the sentence is reasonable ...") (citations omitted).

The district court adequately considered the relevant factors listed in 18 U.S.C. § 3553(a). *See id.* ("For a non-Guidelines sentence, we are to give due deference to the district court's decision that the § 3553(a) factors, on a whole, justify the extent of the variance.") (citations and internal quotation marks omitted). Further, the district court did not give undue weight to any of the factors in determining that a variance was warranted.

**AFFIRMED.**

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.